**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22853-CV-MIDDLEBROOKS**

JOSE DEL CARMEN ALCOCER AYALA
also known as
DIEGO CARMEN LOPEZ-CHAVEZ,[1]

      Petitioner,

v.

WARDEN, KROME SERVIE PROCESSING
CENTER, *et al.*,

      Respondents.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the *pro se* Petition for Writ of Habeas Corpus (DE 1) ("Petition") brought pursuant to 28 U.S.C. § 2241 by Petitioner Jose Del Carmen Alcocer Ayala also known as Diego Carmen Lopez-Chavez ("Petitioner") challenging the constitutionality of his continued detention by immigration officials. Careful review of the Court's docket reveals that, on February 12, 2026, Petitioner filed a counseled § 2241 petition also seeking release from immigration custody. *See Alcocer v. Warden, Krome Serv. Proc. Ctr.*, No. 1:26-cv-20937-BB (S.D. Fla. Feb. 12, 2026) ("*Alcocer I*"). For the reasons discussed below, this case is **DISMISSED** as duplicative of *Alcocer I*.

---

[1] Careful review of the Court's filings reveals that there are variations in the spelling of Petitioner's name, but both possess the same alien number. *Compare Alcocer I* with *Alcocer Ayala v. Krome North Serv. Proc. Ctr.*, No. 1:26-cv-28853-DMM (S.D. Fla. Apr. 23, 2026) ("*Alcocer II*").

"Federal courts . . . retain broad powers to prevent duplicative or unnecessary litigation." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). "[T]he general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986) (citing cases). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id*. at 1551–52. It is evident that this action is virtually identical to *Alcocer I*—the lower-numbered case. Accordingly, upon review of the Petition, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. This § 2241 action is **DISMISSED** as duplicative of *Alcocer I*—the lower-numbered case.

2. The Clerk of Court is instructed to file a copy of the Petition filed in this case together with a copy of this Order in *Alcocer I* and to **CLOSE THIS CASE**.

**SIGNED** in Chambers at West Palm Beach, Florida this 24th day of April, 2026.

Donald M. Middlebrooks
United States District Judge

**Copies furnished to**:

**Jose Del Carmen Alcocer Ayala,** *Pro Se*
Alien # 240389020
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

**United States Attorney**
Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

**U.S. Immigration and Naturalization Services Attorney**
Noticing INS Attorney
Email: usafls-immigration@usdoj.gov